STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW, PLLC
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
(775) 324-9800
ATTORNEYS FOR DEFENDANT,
TOM M. HARPER II

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOM M. HARPER, II, an individual, JOHN DAVID HUNT, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants.<br>_____/ | Case No.  3:16-cv-00579-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties hereto, Plaintiffs, Allstate Fire and Casualty Insurance Company and Allstate Property and Casualty Insurance Company, and Defendants, Tom M. Harper, II, and John David Hunt, through their undersigned counsel do hereby stipulate and agree that the Plaintiffs' complaint and all claims against Defendants asserted herein be dismissed with prejudice with each party to bear their own attorney's fees and costs.

/ / /

/ / /

KENT LAW
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
Tel: 775-324-9800

Dated this 29th day of March 2018

KEATING LAW GROUP

By: */s/John T. Keating*
John T. Keating, Esq.
9130 West Russell Road, Ste. 200
Las Vegas, NV 89148
ATTORNEYS FOR PLAINTIFFS

Dated this 29th day of March 2018

KENT LAW

By: */s/Stephen S. Kent*
Stephen S. Kent, Esq.
201 W. Liberty Street, Ste. 320
Reno, NV 89501
ATTORNEYS FOR DEFENDANT TOM M. HARPER, II

Dated this 29th day of March 2018

KOZAK & ASSOCIATES

By: */s/Charles Kozak*
Charles Kozak, Esq.
3100 Mill Street, Suite 115
Reno, NV 89502
ATTORNEYS FOR DEFENDANT JOHN DAVID HUNT

GOOD CAUSE APPEARING, all of the claims of Plaintiffs are dismissed with prejudice with no allowance of attorney's fees or costs to any party.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2018